**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
  Richmond   Division**

In re: Dudley & Amber Greene            )
                                         )
                                         )  Case No.   11-30789-KRH
                                         )
                                         )
            Debtor(s)                    )  Chapter   13
                                         )
Address    8192 Studley Rd.             )
         Mechanicsville, VA 23116       )
                                         )
Last four digits of Social Security No(s): 5745 & 2202  )
                                         )
                                         )

# NOTICE OF MOTION

Dudley Greene  has filed papers with the court to Waive the requirement to file Certification pursuant to 11 USC 1328.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before April 20, 2016, you or your attorney must:

X     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA 23219

You must also mail a copy to:

    America Law Group, Inc.
    8501 Mayland Dr., Ste 106
    Henrico, VA 23294

☐ Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion (or objection) scheduled to be held May 4, 2016 at 12:00  p. m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm 5000 Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date:  4/6/2016 | Signature, name, address, and telephone number of person giving notice: |
| | /s/ Richard J. Oulton |
| | Richard J. Oulton, Esq. |
| | America Law Group, Inc. |
| | 8501 Mayland Dr., Ste 106 |
| | Henrico, VA 23294 |
| | Virginia State Bar No.   29640 |
| | Counsel for     Dudley Greene |

Certificate of Service

See certificate of service on attached motion

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In Re:   Dudley Greene & Amber Greene | Case No. | 11-30789-KRH |
| Debtor. | Chapter | 13 |

**AMENDED**
**DEBTORS' MOTION FOR WAIVER OF REQUREMENT TO FILE CERTIFICATION PURSUANT TO 11 USC 1328**

The Debtor Dudley Greene through his conservator, by his counsel, hereby moves for waiver of requirement to file certification pursuant to 11 U.S.C. § 1328. In support of this motion he avers that:

1. This Chapter 13 plan was filed on 2/18/2011.

2. The Debtor's Chapter 13 plan was confirmed on 8/10/2011.

3. From that date until 2/8/2016, the Debtor or his wife, who is a co-debtor in the case, made regular monthly payments to the trustee in the full amounts provided for by the plan.

4. Debtor Dudley Green became deceased April 13, 2014, and is unable to certify pursuant to 11 USC 1328. Amber Green has already filed a certification on April 7, 2015.

5. Prior to his death, debtor Dudley Green completed the course on personal financial management. The certificate was filed on May 3, 2011.

WHEREFORE, the Debtor Dudley Greene prays that this Court waive the requirement that the debtor complete and file a certification pursuant to 11 USC 1328.

Date:   3/18/2016                              Amber Greene for Dudley Greene
                                               By Counsel

                                               /s/ Richard J. Oulton, Esq.
                                               Richard J. Oulton, Esq. VSB#29640
                                               America Law Group, Inc.
                                               8501 Mayland Dr., Ste 106
                                               Henrico, VA 23294
                                               804-308-0051 (ph)
                                               804-308-0053 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/6/2016, a true and correct copy of the foregoing Notice and Motion were submitted for electronic transmittal and/or mailed to the U.S. Trustee; Chapter 13 Trustee; and all parties in interest.

/s/ Richard J. Oulton, Esq.
Richard J. Oulton, Esq.  VSB#29640

## *Creditors*

**ACA Inc.**
P.O. Box 7051
Utica, NY 13504-7051

**American Student Assistance Guarantor**
100 Cambridge St., Ste. 1600
Boston, MA 002114

**BB&T**
PO Box 580048
Charlotte, NC 28258

**BB&T**
P.O. Box 1847
Wilson, NC 27894-1847

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Discover**
PO Box 71084
Charolotte, NC 28272

**Discover Bank**
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

**ECMC**
PO Box 16408
St. Paul, MN 55116-0408

**JP Morgan Chase**
c/o ACS
P. O. Box 22724
Long Beach, CA 90801-5724

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Wells Fargo**
PO Box 6412
Carol Stream, IL 60197-6412

**Wells Fargo Bank, N.A.**
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306

**Wells Fargo Bank, NA**
Wells Fargo Home Mortgage
3476 Stateview Blvd.
MAC #7801-014
Fort Mill, SC 29715

**Wells Fargo Home Mortgage**
Attention: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715

**Wells Fargo Home Mortgage**
PO Box 11701
Newark, NJ 07101-4701